**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                 :

ZHENGJIE XING,                      :

                             :

                Plaintiff,     :              19-cv-6357 (RA) (OTW)

                             :

          -against-         :               **ORDER**

                             :

AJI SUSHI INC., et al.,        :

                             :

                Defendants.   :

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**


The Court will hold a Status Conference in this matter telephonically on **Wednesday,**

**October 21, 2020 at 4:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.


      **SO ORDERED.**


                           *s/ Ona T. Wang*

Dated: September 17, 2020                  **Ona T. Wang**
      New York, New York            United States Magistrate Judge