**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ZHENGJIE XING,

                Plaintiff,

             -against-

AJI SUSHI INC., et al.,

                Defendants.

------------------------------------------------------------x

19-CV-6357 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

By letter dated November 19, 2020, the parties indicated that they "consent[] to the summary judgment motion [ECF 38-42] being heard" by the undersigned Magistrate Judge pursuant to U.S.C. § 636(c). If **all** parties consent to having said motion decided by the undersigned, the parties shall complete the "Consent to Proceed Before US Magistrate Judge Over a Specific Motion" form available on the Court's website at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-over-specific-motion

and file the completed form with the assigned District Judge by August 6, 2021.

       SO ORDERED.

                                                              _s/ Ona T. Wang_

Dated: August 4, 2021                                **Ona T. Wang**
       New York, New York                United States Magistrate Judge