**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ZHENGJIE XING,                                              :
                                                            :
                          Plaintiff,                        :    19-CV-6357 (OTW)
                                                            :
              -against-                                     :    ORDER
                                                            :
AJI SUSHI INC., et al.,                                     :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, the parties shall jointly submit a proposed settlement agreement for approval by **February 28, 2022**. The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount, as well as detailed billing records to support any claim for attorney's fees.

**SO ORDERED.**

                                                                                        *s/ Ona T. Wang*

Dated: January 27, 2022                               **Ona T. Wang**
     New York, New York                        United States Magistrate Judge