UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZHENGJIE XING,

    Plaintiff,

v.

AJI SUSHI INC. d/b/a YO SUSHI and WANG ZHOU,

    Defendants.

---

Civil Case No. 19-CV-6357

JUDGMENT

WHEREAS, the parties entered into a settlement in this action, which was approved by this Court on November 28, 2022;

WHEREAS, Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

WHEREAS, Defendant Wang Zhou on behalf of himself and Aji Sushi Inc. executed a confession of judgment on March 3, 2022;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Plaintiff Zhengjie Xing and against Defendants Aji Sushi Inc. and Wang Zhou in the sum of EIGHTY-THOUSAND DOLLARS ($80,000), plus interest, and reasonable attorneys' fees and costs to be determined by this Court.

Judgment entered this 11th day of Jan, 2023

Hon. Ona T. Wang